FILED
2008 FEB 26 PM 3:26
CLERK U.S. DISTRICT COURT
CENTRAL DIST. OF CALIF.
LOS ANGELES
BY _____

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

February 2008 Grand Jury

UNITED STATES OF AMERICA,  )  No. CR 08-00220
                       Plaintiff,  )
                               )  I N D I C T M E N T
              v.  )
                               )  [18 U.S.C. § 1344: Bank Fraud;
HYUN PARK,  )  18 U.S.C. § 1014: Loan Fraud]
aka Chong Han Lim,  )
aka John Park,  )
aka Jeonpak Love,  )
                               )
                     Defendant.  )
_____)

The Grand Jury charges:

COUNT ONE

[18 U.S.C. § 1344]

1.  At all times relevant to this indictment, United Commercial Bank ("UCB") was a bank, the deposits of which were insured by the Federal Deposit Insurance Corporation.

2.  Defendant HYUN PARK, also known as Chong Han Lim, John Park, and Jeonpak Love ("defendant PARK"), was the principal and owner of L. Christopher Corp. ("L. Christopher"), a

MRW/mrw

Los Angeles-based importer of garments, handbags, and fashion accessories from South Korea.

3.  Beginning in or about September 2000 and continuing through at least May 2002, in Los Angeles County, within the Central District of California, and elsewhere, defendant PARK, knowingly and with intent to defraud, executed and attempted to execute a scheme to defraud UCB as to material matters, and to obtain money owned by and in the custody and control of UCB by means of material false and fraudulent pretenses, misrepresentations, and promises, and the concealment of material facts.

4.  The fraudulent scheme operated in substance in the following manner:

    a.  In approximately September 2000, defendant PARK applied for a commercial line of credit from UCB on behalf of L. Christopher. Defendant PARK agreed that he would personally guarantee L. Christopher's repayment to UCB of borrowed funds under the line of credit.

    b.  The original maximum amount of this line of credit was $1.3 million. Defendant PARK subsequently submitted applications to UCB to increase the amount of the line of credit for L. Christopher during 2000 and 2001. By the end of 2001, the maximum amount of the line of credit had increased to $2.4 million.

    c.  Defendant PARK, knowingly and with intent to defraud, made numerous material misrepresentations to UCB on the applications described above, and concealed from and failed to

disclose to UCB material facts in connection with those applications. Specifically:

    i. On the applications submitted to UCB, defendant PARK stated that his name was "Hyun Park;" his Social Security number was xxx-xx-7371; and he had never filed a petition for bankruptcy. In truth and in fact, as defendant PARK then well knew, he used the name "Chong Han Lim" and Social Security number xxx-xx-0342 during the early 1990s, and filed a bankruptcy petition using the "Chong Han Lim" name and Social Security number xxx-xx-0342 in approximately September 1994. Defendant deliberately concealed information about his "Chong Han Lim" identity and his previous bankruptcy from UCB.

    ii. On loan applications and in financial statements submitted to UCB, defendant PARK stated that L. Christopher had no other outstanding loans or lines of credit. In truth and in fact, as defendant PARK then well knew, L. Christopher had a $3 million line of credit with Korea Export Insurance Corporation during 2001. Defendant deliberately concealed information about this loan from UCB.

3

        iii. On loan applications submitted to UCB, defendant PARK stated that he was a single man.  In truth and in fact, as defendant PARK then well knew, he was then and for several years had been married.

    d.    In reliance on defendant PARK's materially false and misleading statements and material omissions on the applications as described above, UCB loaned over $2 million to L. Christopher in 2000 and 2001.  L. Christopher defaulted on the line of credit in late 2001.  In May 2002, both defendant PARK and L. Christopher filed for bankruptcy.

    5.    On or about June 25, 2001, in Los Angeles County, within the Central District of California, and elsewhere, in execution of the fraudulent scheme described above, defendant PARK submitted a loan application to UCB.

\*

\*

\*

COUNT TWO

[18 U.S.C. § 1014]

6. The Grand Jury hereby repeats and re-alleges paragraphs 1, 2, and 4 of this Indictment.

7. On or about June 25, 2001, in Los Angeles County, within the Central District of California, and elsewhere, defendant PARK knowingly made a false statement for the purpose of influencing the action of UCB, a bank the deposits of which were then insured by the Federal Deposit Insurance Corporation, in connection with an application, advance, discount, commitment, loan, and changes and extensions of the same, by renewal, deferment of action, and otherwise, in that defendant PARK submitted a loan application falsely stating that he had never filed a petition for bankruptcy, when in truth and in fact, as defendant PARK well knew, he had previously filed a

*

*

*

bankruptcy petition under the name "Chong Han Lim" and Social Security number xxxx-xx-0342.

A TRUE BILL

/s/
_____
Foreperson

THOMAS P. O'BRIEN
United States Attorney

*Christine Ewell*
CHRISTINE C. EWELL
Assistant United States Attorney
Chief, Criminal Division

DOUGLAS A. AXEL
Assistant United States Attorney
Chief, Major Frauds Section

JILL FEENEY
Assistant United States Attorney
Deputy Chief, Major Frauds Section

MICHAEL R. WILNER
Assistant United States Attorney
Major Frauds Section