JOSEPH SHEMARIA (State Bar No. 47311)
LAW OFFICES OF JOSEPH SHEMARIA
2029 Century Park East, Suite 1400
Los Angeles, California 90067
Tel.: (310) 772-2211
Fax: (310) 772-2212
Email: LaLawYR1@gmail.com

Attorney for Defendant
JEONPAK LOVE

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,           ) | CASE NO. CR 08-00220-MMM |
| ) | |
| Plaintiff,      ) | **DEFENDANT'S SECOND SUPPLEMENTAL SENTENCING MEMORANDUM WITH EXHIBITS** |
| ) | |
| v.           ) | |
| ) | |
| JEONPAK LOVE (HYUN PARK),           ) | |
| ) | |
| Defendant.      ) | Sentencing Date: May 11, 2009 |
| ) | Court: Hon. Margaret M. Morrow |
| ) | |
| ) | |

    Defendant JEONPAK LOVE (HYUN PARK), through counsel, hereby and herewith submits his SECOND SUPPLEMENTAL SENTENCING MEMORANDUM as it is deemed necessary to avoid a possible injustice at the sentencing hearing.

    Regrettably, the Government, and it's "Reply Memorandum regarding Sentencing" attempts to paint a distorted, untrue picture of defendant's honest and good faith efforts to repay United California Bank. In its Reply, the Government states that the defense is all wet and ". . . . Park only grudgingly paid the bank after he was sued for fraud and his criminal conduct was exposed." (Govt. Reply, p. 4, l.5-22) The attached letter from defendant's bankruptcy attorney, Marc A. Lieberman, Esq., dated May 8, 2009 makes clear that defendant was making regular good-faith monthly payments through Mr. Lieberman's

United States of America v. HYUN PARK
Defendant's Second Supp. to Sentencing Position
Case No. CR-08-220-MMM

1

trust account to UCB following mediation on January 21, 2003 and pursuant to a partially handwritten settlement agreement. It was only while Mr. Lieberman, *in June, 2003,* was discussing the precise language to be contained in the formal agreement with UCB's counsel, Mr. Jung, that Mr. Lieberman received a letter from Mr. Jung notifying Mr. Lieberman that UCB had reported this entire matter to the FBI in 2002. According to Mr. Lieberman's attached letter: "It was would the receipt of the 2002 FBI letter in June 2003 that for the first time Mr. Love and I learned that the claims made in the bankruptcy adversary proceeding had been referred to law enforcement." Mr. Lieberman's letter contains other information concerning how defendant's $1.2 million to $1.6 million inventory was sold for peanuts by UCB. Obviously, Mr. Lieberman was in a far superior position to know about these matters than either present Government counsel or present defense counsel.

Recently, Attorney General Holder addressed all of the Assistants of the United States Attorney's Office in Washington DC that: ""Your job is not to win cases. Your job is to do justice. Your job is in every case, every decision that you make, to do the right thing. Anybody who asks you to do something other than that is to be ignored. Any policy that is at tension with that is to be questioned and brought to my attention. And I mean that."[1]

Aside from the disastrous consequences to persons who died, or members of their family, from the 9/11 World Trade Center and other two attacks, numerous businessmen and women around the country also suffered disastrous consequences to their businesses, including defendant herein. There is simply no reason for the Court not to believe that

---

[1] See, (http://www.lasvegassun.com/news/2009/apr/08/holder-tells-prosecutors-do-the-right-thing/)

United States of America v. HYUN PARK
Defendant's Second Supp. to Sentencing Position
Case No. CR-08-220-MMM

2

defendant was making a good-faith attempt to make the bank whole prior to learning of his potential future criminal problems as a result of defaulting on its loans.

Date: May 8, 2009                    Respectfully submitted,

                                                LAW OFFICES OF JOSEPH SHEMARIA
                                  By     /s/    Joseph Shemaria

                                                JOSEPH SHEMARIA
                                                Attorney for Defendant
                                                JEONPAK LOVE

United States of America v. HYUN PARK
Defendant's Second Supp. to Sentencing Position
Case No. CR-08-220-MMM

3